# EXHIBIT A

PRESSLEY: ALBERTHA PRESSLEY

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

ALBERTHA BELL PRESSLEY,  )  CASE NO.: 4:18-cv-00625-RBH
                         )
            PLAINTIFF,   )
                         )
        -VS-             )
                         )  DEPOSITION OF:
NATIONAL RAILROAD        )  ALBERTHA PRESSLEY
PASSENGER CORPORATION    )
d/b/a AMTRAK,            )
                         )
            DEFENDANT.   )

    Given before Crystal Knappenberger, Court Reporter and Notary Public, at the law offices of Millberg Gordon Stewart, located at 103 Chase Street in Florence, South Carolina, on Wednesday, October 3rd, 2018, commencing at 10:56 a.m.

**CERTIFIED TRANSCRIPT**

Page 11

```
 1    A: Probably, yes.
 2    Q: Alright. Well, let's talk about why we are here.
 3  Can you tell me, so you were traveling from
 4  Kingstree to Fort Lauderdale, right?
 5    A: Right.
 6    Q: Do you remember what time that train left in the
 7  morning?
 8    A: That train leaves every morning out of Kingstree
 9  at 3:55 a.m. and it is never on time, hardly, and
10  it gets me in Fort Lauderdale at 5:55.
11    Q: P.m.?
12    A: Yes.
13    Q: Alright. So, you were traveling to Fort
14  Lauderdale.
15    A: Train 97.
16    Q: Yes, ma'am. Why were you traveling to Fort
17  Lauderdale?
18    A: Visiting the kids for Christmas.
19    Q: Okay. Do you have a child that lives there?
20    A: All of my kids and grandkids live there.
21    Q: Oh, all of them?
22    A: All of them.
23    Q: Okay. So, you were traveling to Fort Lauderdale
24  for the holidays, then?
25    A: Uh-huh.
```

Page 13

1  A: I had my purse.
2  Q: So, other than the suitcase and the purse, were
3  you traveling with anything else?
4  A: No.
5  Q: Okay. This may sound like a silly question, but
6  do you remember what kind of shoes you were
7  wearing that day?
8  A: I think it was my sneakers; I normally wear my
9  sneakers with me on the train.
10 Q: Okay. So, 3:55 a.m., that's an early train,
11 right?
12 A: That's the only train going south, yes, I
13 believe.
14 Q: Right. Did you have any issues getting to the
15 station and getting on the train or did
16 everything go as normal?
17 A: As normal.
18 Q: Alright. So, let's I guess fast forward to your
19 arrival in Fort Lauderdale. Can you just kind of
20 tell me what happened?
21 A: The train was late arriving there. It had been
22 raining on and off all the way going. The train
23 was packed, so finally, when we got to Fort
24 Lauderdale, we were all -- the lady, the
25 conductors had already gotten our bags and put

Page 14

1  them out on the -- taken them off the train. I
2  was getting off, just my purse on my shoulder,
3  and I did have my hand on the rail. But somehow,
4  the last step was dampy. Then when they lift the
5  steps down, they were dampy, so I just slipped.
6  And before I realized it, I'm on the ground and I
7  start to fall with this hand and my knee. And the
8  hand were bleeding, so they put a Band-aid on my
9  hand. And my daughter was there, and she picked
10 me up and I just -- they offered to take me, did
11 I want to go to the hospital, and I said no
12 because I thought I was -- anyway, I was so
13 shaken more than anything else. And so, by the
14 time I got to my daughter's house -- my knee -- I
15 did call right back and report this to Amtrak.
16 And my knee started bothering me, so a couple
17 days after that, I just cut my trip short and
18 came back, went back home.
19    Q: Okay.
20    A: To see my doctor. And he did an X-ray because I
21 started feeling some pain in my back and my knee
22 was bothering me.
23    Q: Alright. I'm going to stop you right there
24 because I want to go back and probably ask some
25 more questions about the actual fall, okay?

PRESSLEY: ALBERTHA PRESSLEY

Page 15

1    A: Uh-huh.
2    Q: Alright. So, you said that the train was late
3    getting in?
4    A: Yes, which is not unusual sometimes, yes.
5    Q: Right. Do you know about what time it would have
6    been?
7    A: Normally we get there between like 5:45. I think
8    it was pretty close to seven when we got there.
9    Q: Alright. So, the train stops. You said the
10   conductors had gotten your baggage --
11   A: Gotten all of our bags, was getting off in Fort
12   Lauderdale. They had already -- they take the
13   bags off first.
14   Q: Right.
15   A: And then they let us off.
16   Q: Right.
17   A: And there were quite a few people getting off
18   there and --
19   Q: So, were you in a line of people then getting off
20   the train?
21   A: A line of people, yes.
22   Q: Okay. How many steps were there? Do you remember?
23   A: It's three steps getting off.
24   Q: Alright. And you said that you had your purse in
25   your --

hglitigation.com                    hg

Page 16

```
1    A: It's a shoulder, I had it on my shoulder, yes.
2    Q: Alright. And so, your hands were free?
3    A: Yes, because I was holding onto the rail.
4    Q: Okay.
5    A: And as I had to release the hand, it -- they do
6    have -- if you need some help, they will hold
7    your hand, they will help you off.
8    Q: Right.
9    A: But before I could get my hand to theirs, it's
10   like I'm ending -- somehow, I fall -- fell.
11   Q: Okay. So, are there two rails or just one?
12   A: Two.
13   Q: Okay. Were you holding both of them or just one?
14   A: Yes. Yes, I was holding both, which I always do.
15   Q: Okay. So, I don't want you to guess, but if you
16   remember, do you remember which foot slipped?
17   A: It was the right foot.
18   Q: Your right foot slipped. Do you remember on which
19   step?
20   A: The last, the last step. And -- the last one. I
21   missed the last one, so I slipped off the second
22   one off to the last one. And that's when I just
23   fell on the ground.
24   Q: Okay. So, I think you said you slipped off the
25   second one?
```

Page 17

1    A: I slipped off the second one getting to the third
2    one.
3    Q: Okay. So, you slipped on the second step and then
4    got down to the third step but kind of fell?
5    A: Uh-huh.
6    Q: Is that right?
7    A: Yes.
8    Q: And did you fall onto the stairs?
9    A: No, it's -- where they put us off, it's a
10   concrete driveway, side, they don't put us off
11   right at the station. It's a concrete driveway
12   like thing.
13   Q: Platform?
14   A: Platform, yes.
15   Q: Right. Are there any markings or anything like
16   that on the platform where you could see kind of,
17   I've never, never been to that station. Are there
18   some of them have like different, like you could
19   be at Platform One or Two or Three or Four or
20   whatever.
21   A: No, no, not there. Not at that particular one.
22   **Q: Okay. Let me back up. So, when the train stopped,**
23   **did you have to go the front or the rear of the**
24   **train to exit? Do you remember?**
25   **A: To the rear.**

Page 18

```
 1    Q: Okay. So, you exited to the rear?
 2    A: Right.
 3    Q: And the conductor had already you said gotten the
 4    bags off the train?
 5    A: Right, because they get all of our bags and they
 6    put them up there to the front.
 7    Q: They get off before you, right?
 8    A: Right, and they take all the bags and put them
 9    outside before we get off.
10    Q: Right. And they are there to help you get off the
11    train, right?
12    A: Right.
13    Q: Was he there like he usually is?
14    A: Yes, yes, I remember because it was a young lady
15    that day.
16    Q: He, I'm sorry. She maybe.
17    A: Yes.
18    Q: Okay. So, somebody was there helping people get
19    off?
20    A: Uh-huh.
21    Q: Did you need help getting off the train?
22    A: Not really but I always do if they want to. I
23    always do hand my hand, you know.
24    Q: Yes. And did she do that on this occasion?
25    A: She does, and she does but before I connected
```

Page 19

```
 1   with her hand, I had slipped.
 2       Q: Your foot had slipped before?
 3       A: Right, right.
 4       Q: Okay. On the second step?
 5       A: Uh-huh.
 6       Q: And you just fell forward onto the platform,
 7   right?
 8       A: Right.
 9       Q: Okay. So, why was the step, do you know why the
10   step was wet?
11       A: It had rained all the while during the trip going
12   down. And every time they stop and let the step
13   down, and they stop quite frequently before I get
14   to Fort Lauderdale, so.
15       Q: Right. So, that's what caused you to fall?
16       A: That's the only thing I can think.
17       Q: I guess here's what I'm getting at. I want to
18   make sure that I understand exactly what you're
19   saying happened and I think I do. But I want to
20   make sure that there's nothing else that you're
21   saying happened. For instance, you're not saying
22   that there was something wrong with the steps,
23   are you?
24       A: No, I'm not saying anything is wrong with the
25   steps.
```

PRESSLEY: ALBERTHA PRESSLEY

Page 20

1   Q: Okay. And you're not saying there was anything
2   wrong with the platform, right?
3   A: No, I'm not saying anything is wrong with the
4   step, I just lost my -- I just slipped. And the
5   bottom of the sneakers are rubbery like and so
6   somehow I just slipped.
7   Q: Did you just lose your footing?
8   A: I just slipped.
9   Q: Okay. Did you know that the steps were wet?
10  A: Well, I didn't notice that they were wet, but I
11  you know, they were wettish, not sopping wet. It
12  was dampy because they was wet.
13  Q: Was it raining when you got off the train?
14  A: It was, it was drizzling still.
15  Q: Okay. So, it was raining when you got off?
16  A: Yes, it was just drizzling, yes.
17  Q: Alright. So, if it was drizzling when you got
18  off, you knew the step would be wet, right.
19  A: Yes.
20  Q: What were you looking at when you got off the
21  step? Were you looking at the conductor trying to
22  give you her hand or can you tell me where your
23  eyes were looking?
24  A: I was looking to -- I was looking at her. I
25  remember it's an elderly lady was ahead of me and

hglitigation.com                        hg

Page 22

1    Q: Right. What do you think should have happened
2    then? Did you think you slipping was Amtrak's
3    fault somehow?
4    A: I don't -- I don't know whose fault it is, you
5    know. The weather was rainy. I didn't
6    deliberately fall. I didn't deliberately push
7    myself and fall.
8    Q: Yes, ma'am.
9    A: I didn't deliberately push myself and they didn't
10   deliberately not know the steps were wet because
11   they -- on and off, quite often with that
12   stopping and going and stopping and going, so
13   it's just happening, you know. It just was -- it
14   wasn't my --
15   Q: It was an accident, right?
16   A: It was an accident, an accident.
17   Q: Right. So, do you think then that your fall was
18   Amtrak's fault?
19     MR. MCCULLOUGH:  Object to the form. You can
20   answer the question.
21   Q: Yes.
22   A: Is this is a trick question?
23   Q: No, ma'am. It's a straightforward question. Do
24   you not understand it?
25   A: What -- what did you -- how did you ask me? Do I

Page 23

```
 1   think it's Amtrak fault?
 2       Q: Yes, ma'am.
 3       A: I got hurt on public transportation.
 4       Q: Yes, ma'am.
 5       A: So, therefore, in a way, I do because I got hurt
 6   on public transportation. Not that I deliberately
 7   or planned this.
 8       Q: Right.
 9       A: Yes.
10       Q: Well, I don't think you meant to fall, that's not
11   what I'm saying.
12       A: And no, and you want me to say that no, this is
13   not Amtrak fault and it's all my fault but not --
14   it -- you know.
15       Q: Well, I just --
16       A: Yes.
17       Q: I guess I just want you to answer, I don't want
18   you  --
19       A: -- I think this could be a tricky question
20   because I don't think -- I know I'm not trying to
21   say it's all Amtrak's fault and it's -- it's all
22   my fault because I was clumsy. I wasn't clumsy. I
23   do what I always do when I get off that train, I
24   watch my steps, I make sure that I don't fall.
25       Q: Right.
```

```
                                                        Page 27
 1   faults, let's say that, then.
 2        Q: Okay. There's no right answer I'm looking for --
 3        A: No, you're not?
 4        Q: I'm just looking for your answer.
 5        A: No.
 6        Q: So, is your testimony today that it --
 7        A: It was my -- is it my fault that that train was
 8   late in the first place and we were all so tired
 9   and just wanted to get off. And so, when the
10   train stopped and because it had been raining,
11   oh, I just want -- you know, and I got off.
12   That's just what happened.
13        Q: Okay. I understand what happened and I understand
14   that this may seem tedious and frustrating, but
15   you understand that you sued Amtrak saying that
16   this accident was their fault, right?
17        A: Yes.
18        Q: Okay. So, I'm here to ask you questions about
19   that. That makes sense to you, doesn't it?
20        A: Uh-huh.
21        Q: Okay. And I'm trying to ask you now directly why
22   you think that or if you think that.
23        A: Because that should be some kind of -- okay. When
24   a person gets hurt in any kind of public
25   transportation or anything, there should be
```

Page 28

1   something to cover the passengers.
2       Q: Okay. So, you think because you were a passenger
3   and you got hurt that it's Amtrak's fault?
4       A: Right.
5       Q: Did Amtrak do anything wrong?
6     MR. MCCULLOUGH: Object to the form.
7       Q: Do you understand what I'm asking you?
8       A: They didn't push me off the train, no.
9       Q: I know nobody pushed you or nobody tried to hurt
10  you, I understand that. I'm asking you if you
11  think they did anything wrong.
12      A: Well, you know, maybe they should have wiped some
13  water off the step or something before we all
14  started getting off or something.
15      Q: Do you know if that happened or not?
16      A: Well, no. Because it was quite a few of us
17  getting off. And I wasn't the first one to get
18  off the train.
19      Q: So, you don't know if somebody, if the conductor
20  did do that or not?
21      A: No, I don't.
22      Q: Okay. I want to go back to something you just
23  said because I want to make sure I understand
24  what you're saying, okay? You said maybe it's
25  both our faults. Is that what you said?

Page 51

1    A: Yes.
2    ==Q: Okay. I want to make sure I understand. You're==
3    ==not saying in this lawsuit that the Amtrak==
4    ==employee outside did something wrong, are you?==
5    ==   MR. MCCULLOUGH:  Object to the form.==
6    ==   A: No, I'm not.==
7    ==Q: Okay. You're not saying that any Amtrak employee==
8    ==did anything wrong, are you?==
9    ==   MR. MCCULLOUGH:  Object to the form.==
10   ==   A: No, I'm not.==
11   ==Q: Alright. You're not saying that there was==
12   ==something wrong with the lighting out there or==
13   ==anything like that, right?==
14   ==   A: No, I'm not.==
15   Q: Okay. I feel like, forgive me if I'm repeating
16   myself a bit, but other than the doctors that
17   we've talked about today, do you remember any
18   other doctors that you've ever been to in your
19   life? You know, obviously, excluding your
20   childhood years? As an adult.
21   A: No.
22   Q: Okay. Tell me a little bit about, you mentioned
23   that you have, that you're active and that you
24   have hobbies. Tell me about a little bit about
25   those things.